**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DARRELL BROWN,**
        **Plaintiff,**

**vs.**                              **Case No.: 5:07cv236/RS/MD**

**CORRECTIONS CORPORATION OF AMERICA, et al.,**
        **Defendants.**

___

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this action on October 1, 2007 by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). On January 29, 2008 this court issued an order requiring plaintiff to file an amended complaint within thirty days. Plaintiff was warned that failure to do so would result in a recommendation of dismissal of this action. (Doc. 11). On February 13, 2008 the court received an amended complaint; however, the pleading was returned to plaintiff without filing because it was not signed. Plaintiff was instructed to re-submit his amended complaint after correcting the deficiency. (Doc. 13). Over thirty days elapsed and plaintiff did not re-submit his amended complaint or otherwise respond to the court's order.

Accordingly, on March 17, 2008 this court issued an order directing plaintiff to show cause, within twenty days, why this case should not be dismissed for failure to comply with the court's January 29, 2008 order. Over twenty days has elapsed and plaintiff has not responded to the order either to comply or to explain why compliance is not possible.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 10th day of April, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**